PETER C. ANDERSON, UNITED STATES TRUSTEE
JILL M. STURTEVANT, ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, TRIAL ATTORNEY, SBN 155314
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017- 3560
(213) 894-4480  Facsimile: (213) 894-2603
Kenneth.G.Lau@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re | NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON; DECLARATION OF LEGAL ASSISTANT |
|---|---|
| SHARP FINANCIAL LLC, <br><br> Debtor(s). | |
| | CHAPTER 11 <br><br> CASE NUMBER **2:17-bk-17738 RK** |

TO THE DEBTOR, DEBTOR'S ATTORNEY, CREDITORS, AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the following date and time in the indicated courtroom, the United States Trustee will move, and does hereby move the Court for an order either converting the above entitled chapter 11 case to chapter 7 or dismissing the case, for payment of quarterly fees, for judgment thereon and for such other relief as may be appropriate on the grounds set forth below.

**Hearing Date: 07/26/2017      Time: 11:30 a.m.      Courtroom: 1675**

**Location:  255 E. Temple Street,  Los Angeles, California 90012**

Local Bankruptcy Rule 9013-1(f) requires that any opposition or response to this motion be stated in writing, filed with the Clerk of the Court and served upon the United States Trustee at the address set forth in the upper left-hand corner of this document, upon the chapter 11 trustee and his or her attorney if a trustee has been appointed, and upon the debtor and the debtor's attorney no less than fourteen (14) days prior to the above hearing date.  The court may treat failure to file a written response to this motion within the required time period as consent to the motion.

## FILING INFORMATION
[X] A voluntary petition under      [ ] chapter 7  [X] chapter 11 [ ] chapter 13 was filed on: **06/26/2017**
[ ] An involuntary petition under [ ] chapter 7  [ ] chapter 11 was filed on:
[ ] An order of relief under        [ ] chapter 7  [ ] chapter 11 was entered on:
[ ] An order of conversion to       [ ] chapter 7  [ ] chapter 11 [ ] chapter 13 was entered on:

| In Re: | CHAPTER 11 |
|---|---|
| **SHARP FINANCIAL LLC** | |
| Debtor(s) | CASE NUMBER    **2:17-bk-17738 RK** |

## PROCEDURAL STATUS

[ ]    An order for the appointment of a chapter 11 trustee (examiner) was entered on:

[ ]    Name of trustee (examiner) appointed:

[ ]    Name of attorney of record for trustee (examiner):

[X]    The petition was filed by a corporation without an attorney in violation of Local Bankruptcy Rule 9011- 2(a)  which prohibits a corporation, partnership or unincorporated association from filing a petition or otherwise appearing without counsel except for limited circumstances not applicable to prosecuting this Chapter 11 case.

## FACTS

1.    [ ]    The Debtor(s) is/are a small business debtor as that term is defined in 11 U.S.C. § 101(51D).

     [ ]    The Debtor is a single asset real estate debtor as that term is defined in 11 U.S.C. § 101(51B).

     [X]    To date, no Disclosure Statement or Plan of Reorganization has been filed or submitted by the Debtor(s).

     [ ]    The Debtor(s) has failed to schedule a hearing for approval of the Disclosure Statement or Plan.

     [ ]    A hearing to consider the adequacy of information in the Debtor's(s') Disclosure Statement is set for:

     [ ]    The Disclosure Statement was approved by the Court by an Order entered on:

2.    The Debtor has failed to comply with the requirements of the United States Trustee Chapter 11 Notices and Guides Effective September 1, 2011 (Notices and Guides), Bankruptcy Code and/or Local Bankruptcy Rules by failing to provide documents, financial reports or attend required meetings as follows:[1]

     [ ]    Schedules of Assets and Liabilities.

     [ ]    Statement of Financial Affairs.

     [ ]    Form B22B, Statement of Current Monthly Income.

     [ ]    Credit Counseling Certificate and copy of any debt repayment plan.

     [ ]    List of the twenty (20) largest unsecured creditors.

     [X]    Notice of Setting/Increasing Insider Compensation.

     [X]    Application to Employ Attorney.

     [ ]    Appear at the Initial Debtor Interview.

     [ ]    Appear at the duly noticed § 341(a) examination.

     [ ]    Debtor's(s)' compliance was **not** submitted in the format required by the Notices and Guides and was rejected on            for the reasons set forth in the declaration of Legal Assistant.

     [X]    Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements For Chapter 11 Debtors In Possession ("Chapter 11 Compliance declaration").

     [X]    Real Property Questionnaire(s).

     [X]    Sufficient evidence of closing of all pre-petition bank accounts including:

     [X]    Closing bank statements; and/or

     [X]    Bank Account Information in the Chapter 11 Compliance declaration.

---

[1]The United States Trustee respectfully requests that the Court take judicial notice of Debtor's petition, schedules, statement of financial affairs and other documents filed therewith and any amendments thereto which are in the Court's filed, pursuant to Fed. R. Evid. 201, as made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 9017.  The information contained in these documents, signed under penalty of perjury by Debtor, are admissible admissions of the Debtor pursuant to Fed. R. Evid. 801(d).

| In Re: | | CHAPTER 11 |
|---|---|---|
| **SHARP FINANCIAL LLC** | | |
| | Debtor(s) | CASE NUMBER    **2:17-bk-17738 RK** |

[X]     Sufficient evidence of the opening and maintenance of three debtor-in-possession bank accounts (general, payroll and tax)[2] including: (1) a copy of the "debtor-in-possession" check for each account.

[X]     Sufficient evidence of current insurance coverage including:
       [X]   The declaration page for each policy; and/or
       [X]   Insurance information in the Chapter 11 Compliance declaration.

[X]     Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance declaration.

[X]     A list of insiders as defined at 11 U.S.C. § 101(31) in the Chapter 11 Compliance declaration.

[X]     Financial Statement information in the Chapter 11 Compliance declaration.

[X]     A projected cash flow statement for the first ninety (90) days of operation under chapter 11.

[X]     A conformed copy(ies)of the recording of the Debtor's bankruptcy petition in each county in which real property is owned.

[X]     A Statement of Major Issues and Timetable Report.

[X]     Provide copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns at the Initial Debtor Interview.

[X]     An Employee Benefit Plan Questionnaire

[X]     Monthly Operating Report(s):
       [X]   Since filing
       [X]   For the following periods:  By the hearing date, Monthly Operating Report for June 2017 will be due.

[X]     Pay quarterly fees:
       [X]   Since filing
       [X]   For the following quarters:  2nd Quarter 2017 fees continue to accrue.  At the time of the hearing 3rd Quarter 2017 fees will be accruing.

[   ]     Quarterly disbursement amounts for computation of quarterly fees:
       [   ]   Since filing
       [   ]   For the following  quarters:

[X]     While Debtor(s)'s Schedule A and/or real property questionnaire(s) list an ownership interest in one or more real property/ies and Debtor(s)'s Schedule I and/or real property questionnaire(s) list income from real property/ies, to date, neither a motion to use cash collateral nor a stipulation consenting to Debtor(s)'s use of cash collateral related to the subject real property/ies has been filed with the Court.

3.   [X] Additional facts in support of the motion include:

         **See Declaration of Legal Assistant Maria A. Ramos, attached hereto.**

4.   [X] Attached to the declaration of Legal Assistant, are true and correct copies of the following documents in support of the above allegations:

         EXHIBIT A:  USBC docket for Case Number 2:16-bk-20496 RK
         EXHIBIT B:  USBC docket for Case Number 2:16-bk-16472 RK
         EXHIBIT C:  USBC docket for Case Number 2:17-bk-15656 RK

---

[2] Unless Debtor has requested in writing that the United States Trustee waive one or more of the required accounts and the United States Trustee has granted the request in writing.

| In Re: | CHAPTER 11 |
|---|---|
| **SHARP FINANCIAL LLC** | |
| Debtor(s) | CASE NUMBER   **2:17-bk-17738 RK** |

## MEMORANDUM OF POINTS AND AUTHORITIES

- Except as provided in paragraph (2) and subsection ( C ), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate."11 U.S.C. § 1112(b)(1).

- "For the purposes of this subsection, the term "cause" includes- (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; (B) gross mismanagement of the estate; ( C ) failure to maintain appropriate insurance that poses a risk to the estate or to the public; (D) unauthorized use of cash collateral substantially harmful to 1 or more creditors; (E) failure to comply with an order of the court; (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; (G) failure to attend the meeting of creditors convened under section 341(a) or an examination ordered under rule 2004 of the Federal Rules of Bankruptcy Procedure without good cause shown by the debtor; (H) failure timely to provide information or attend meetings reasonably requested by the United States Trustee (or the bankruptcy administrator, if any); (I) failure timely to pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief; (J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court; (K) failure to pay any fees or charges required under chapter 123 of title 28; (L) revocation of an order of confirmation under section 1144 of this title; (M) inability to effectuate substantial consummation of a confirmed plan; (N) material default by the debtor with respect to a confirmed plan; (O) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan; and (P) failure of the debtor to pay any domestic support obligation that first becomes payable after the date of the filing of the petition." *11 U.S.C. § 1112(b)(4)*.

- "In a small business case . . . (2) the plan and disclosure statement (if any) shall be filed not later than 300 days after the date of the order for relief". *11 U.S.C. § 1121(e)(2)*.

- Local Bankruptcy Rule 2015-2(b) provides that timely compliance with the reasonable requirements of the Office of the United States Trustee is mandatory.

- Failure to comply with the reporting requirements of the United States Trustee and the Local Bankruptcy Rules is cause to dismiss a chapter 11 case or convert it to one under chapter 7 (11 U.S.C. § 1112(b)(1) and (b)(4)), [*In re 3868-70 White Plains Road Inc*., 28 B.R. 515 (Bankr. S.D.N.Y. 1983); *In re Bianco*, 5 B.R. 466 (Bank. D. Mass.1980); *In re Pappas*, 17 B.R. 662 (Bankr. D. Mass. 1982)].

- The court may convert or dismiss a case where no reasonable possibility of effective reorganization exists, the debtor is unable to effectuate a plan and/or for unreasonable delay which prejudices the rights of creditors. *See, e.g., In re Johnston*, 149 Bankr 158, 161 (9th Cir. BAP 1992).

- The court may prohibit the debtor from filing another bankruptcy petition for a period of 180 days where the debtor has failed to properly prosecute the case. 11 U.S.C. §§ 105, 109(g) and 349(a).

- The United States Trustee Notices and Guides provide that payment of quarterly fees is due upon dismissal of the case. The United States Trustee requests that the court order payment as requested herein and enter a judgment pursuant to Bankruptcy Rules 9014 and 7052 if the case is dismissed.

| In Re: | CHAPTER 11 |
|---|---|
| **SHARP FINANCIAL LLC** | |
| Debtor(s) | CASE NUMBER   **2:17-bk-17738 RK** |

**Based on the above facts and law, and also based upon such oral and/or documentary evidence as may be presented at the time of the hearing, the United States Trustee respectfully requests as follows:**

1.     That the Court grant the United States Trustee's motion per §1112(b)(1) and either dismiss this case, convert it to one under chapter 7 or appoint a Chapter 11 trustee if in the best interest of creditors. Under § 1112(b)(1), when the court finds "cause" to dismiss or convert a chapter 11 case, the court must decide which of several court actions will best serve the estate's creditors.  It must:

> "(1) decide whether dismissal, conversion, or the appointment of a trustee or examiner is in the best interests of creditors and the estate; and (2) identify whether there are unusual circumstances that establish that dismissal or conversion is not in the best interests of creditors and the estate."
> *Sullivan v. Harnisch (In re Sullivan)*, 522 B.R. 604, 612 (9th Cir. BAP 2014).

2.     In further support of the Court's consideration of whether conversion or dismissal is in the best interests of the estate's creditors, and from the perspective of the estate's creditors, whether there exist any unusual circumstances militating against both conversion and dismissal, the U.S. Trustee submits that there are no such unusual circumstances.  Instead, the plain reality is that despite the fact that this is the Debtor-entity's second Chapter 11 bankruptcy in the past 2 years, Debtor has once again chosen to voluntarily commence this incomplete Chapter 11 proceeding, now lacking the required assistance of and representation by formal legal counsel.[3]  Indeed, the Debtor and its then-and present managing member, Steve Rogers, aka Steven Rogers, is well aware that the Debtor's first bankruptcy case, 2:16-bk-20496 RK, was dismissed with a 180-day refiling bar for essentially the same deficiencies.

   Further, it appears that at least one other entity managed/controlled by Debtor's managing member Rodgers, called "Upscale Financial, LLC" has also completed this dubious double filing and dismissal in virtually the same fashion, twice commencing a voluntary, and woefully-incomplete Chapter 11 proceeding, both times without the required assistance of and representation by formal legal counsel, and failing to make a single appearance in either of those proceedings, Case No.s 2:16-bk-16472 RK and 2:17-bk-15656 RK.

   Unsurprisingly, and as detailed herein and evidenced by the attached Ramos Declaration, to date, the Debtor has failed to timely fulfill nearly all of its reporting requirements.  Given the material lack of compliance, the opaque nature of Debtor's cashflow, and Debtor's demonstrated willingness to abuse the bankruptcy system by filing multiple and repeated cases without any apparent intention to even attempt substantive progress, the U.S. Trustee contends that the Debtor is and will remain unable to propose a viable plan or otherwise substantively proceed towards a legitimate goal, resolution or outcome under the Bankruptcy Code.

3.     Despite the Debtor's self-reported cumulative equity of approximately $7 million in 41 separate real properties, given the "disputed" nature of each of the liens listed against these same real properties, as well as the lack of any demonstrable business operations by the Debtor, it appears very unlikely that there are sufficient assets for a trustee to administer if the case were to be either converted to chapter 7 or a Chapter 11 trustee appointed.

---

[3] As with the second "Upscale Financial, LLC" Chapter 11, Case No. 2:17-bk-15656 RK, in place of the required legal counsel, Debtor blithely (and incorrectly) states:  "TBD BEFORE 541-MEETING."

| In Re: | | CHAPTER 11 |
|---|---|---|
| **SHARP FINANCIAL LLC** | | |
| | Debtor(s) | CASE NUMBER    **2:17-bk-17738 RK** |

Therefore, based on the United States Trustee's review of the record and evidence, the United States Trustee suggests:

☐ conversion
☐ dismissal
☒ dismissal with a 2-year refiling bar
☐ conversion or dismissal, at the Court's discretion, whichever is in the best interest of creditors.

2.  If the case is converted to one under chapter 7, that the Court enter an order requiring debtor's counsel to file a fee application under Bankruptcy Code § 330 within thirty (30) days.

3.  If the case is dismissed, and the Court finds cause, that the court enter an order prohibiting the debtor from filing another bankruptcy petition for a period of 180 days after the date of entry of the order of dismissal.

4.  If the case is dismissed, that the Court order the debtor to pay any quarterly fees due to the United States Trustee forthwith and enter a judgment in favor of the United States Trustee for any unpaid quarterly fees.

5.  In the alternative, that the Court set dates certain for the debtor to file a disclosure statement and plan, to obtain court approval of the adequacy of information in the disclosure statement, and to obtain court confirmation of a plan of reorganization ("dates certain") and that this court order that the debtor remain in full and timely compliance with the United States Trustee requirements.

6.  If the court sets date(s) certain and/or orders that the debtor remain in full and timely compliance with the United States Trustee requirements, that the court further order that if the debtor fails to comply with any date set or to remain in full and timely compliance, that this case may be converted or dismissed without further hearing, upon application of the United States Trustee to the court, served upon debtor and debtor's counsel.

7.  That the court order such other and further relief as may be appropriate in the circumstances.

Date: July ⁷⁄ , 2017

PETER C. ANDERSON
UNITED STATES TRUSTEE

Kenneth G. Lau
Trial Attorney for United States Trustee

DECLARATION

| In Re: | CHAPTER 11 |
|---|---|
| **SHARP FINANCIAL LLC** | |
| Debtor(s) | CASE NUMBER   **2:17-bk-17738 RK** |

# DECLARATION OF LEGAL ASSISTANT

I am over the age of eighteen years and am not a party to this case. If called upon to testify I could and would do so competently. I am employed as a Legal Assistant by the Office of the United States Trustee for the Central District of California, in the Los Angeles Field Office. I am the Legal Assistant assigned to SHARP FINANCIAL LLC, Case No. 2:17-bk-17738 RK. I have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge.

1. I am familiar with the procedures of the United States Trustee for maintaining paper and electronic submissions by debtors of the requirements of the United States Trustee for Chapter 11 debtors. These procedures include the routine maintenance of paper and electronic submissions by debtors in electronic files that are maintained for each Chapter 11 case in order for the United States Trustee to discharge his statutory duties. I have reviewed the files and electronic records of the United States Trustee for his case and have included the results of my review in this declaration.

2. [X]    The petition was filed by a Corporation without an attorney in violation of Local Bankruptcy Rule 9011-2(a) which prohibits a corporation, partnership or unincorporated association from filing a petition or otherwise appearing without counsel except for limited circumstances not applicable to prosecuting this Chapter 11 case.
   [ ]    The Debtor(s) is/are a small business debtor as that term is defined in 11 U.S.C. § 101(51D).
   [ ]    The Debtor is a single asset real estate debtor as that term is defined in 11 U.S.C. § 101(51B).
   [X]    To date, no Disclosure Statement or Plan of Reorganization has been filed or submitted by the Debtor(s).
   [ ]    The Debtor(s) has failed to schedule a hearing for approval of the Disclosure Statement or Plan.
   [ ]    A hearing to consider the adequacy of information in the Debtor's(s) Disclosure Statement is set for:
   [ ]    The Disclosure Statement was approved by the Court by an Order entered on:

3. [X]    The Debtor has failed to comply with the requirements of the United States Trustee Chapter 11 Notices and Guides, Bankruptcy Code and/or Local Bankruptcy Rules by failing to provide documents, financial reports or attend required meetings as follows:

   [ ]    Schedules of Assets and Liabilities.
   [ ]    Statement of Financial Affairs.
   [ ]    Form B22B, Statement of Current Monthly Income.
   [ ]    Credit Counseling Certificate and copy of any debt repayment plan.
   [ ]    List of the twenty (20) largest unsecured creditors.
   [X]    Notice of Setting/Increasing Insider Compensation.
   [X]    Application to Employ Attorney.
   [ ]    Appear at the Initial Debtor Interview.
   [ ]    Appear at the duly noticed § 341(a) examination.
   [ ]    Debtor's(s)' compliance was not submitted in the format required by the Notices and Guides and was rejected on _____. Specifically, _____.
   [X]    Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements For  Chapter 11 Debtors In Possession ("Chapter 11 Compliance declaration").
   [X]    Real Property Questionnaire(s).
   [X]    Sufficient evidence of closing of all pre-petition bank accounts including:
   [X]    Closing bank statements; and/or
   [X]    Bank Account Information in the Chapter 11 Compliance declaration.

| In Re:          SHARP FINANCIAL LLC | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER   2:17-bk-17738 RK |

[X]    Sufficient evidence of the opening and maintenance of three debtor-in-possession bank accounts (general, payroll and tax)[4] including: (1) a copy of the "debtor-in-possession" check for each account.

[X]    Sufficient evidence of current insurance coverage including:
      [X]  The declaration page for each policy; and/or
      [X]  Insurance information in the Chapter 11 Compliance declaration.

[X]    Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance declaration.

[X]    A list of insiders as defined at 11 U.S.C. § 101(31) in the Chapter 11 Compliance declaration.

[X]    Financial Statement information in the Chapter 11 Compliance declaration.

[X]    A projected cash flow statement for the first ninety (90) days of operation under chapter 11.

[X]    A conformed copy(ies)of the recording of the Debtor's bankruptcy petition in each county in which real property is owned.

[X]    A Statement of Major Issues and Timetable Report.

[X]    Provide copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns at the Initial Debtor Interview.

[X]    An Employee Benefit Plan Questionnaire

[X]    Monthly Operating Report(s):
      [X]  Since filing
      [X]  For the following periods:  By the hearing date, Monthly Operating Report for June 2017 will be due.

[X]    Pay quarterly fees:
      [X]  Since filing
      [X]  For the following quarters:  2nd Quarter 2017 fees continue to accrue.  At the time of the hearing 3rd Quarter 2017 fees will be accruing.

[X]    While Debtor(s)'s Schedule A and/or real property questionnaire(s) list an ownership interest in one or more real property/ies and Debtor(s)'s Schedule I and/or real property questionnaire(s) list income from real property/ies, to date, neither a motion to use cash collateral nor a stipulation consenting to Debtor(s)'s use of cash collateral related to the subject real property/ies has been filed with the Court.

4.  [X]    Additional facts in support of the motion include:  Debtor is a repeat filer.  Prior filing for Debtor *Sharp Financial LLC*, Case No. 2:16-bk-20496 RK, Chapter 11 case filed on 08/08/2016, dismissed on 09/16/2016.

The apparently-related entity, "Upscale Financial, LLC," shares its sole "Managing Member" Rogers in common with the Debtor, as well as **identical interests of identical value in the same forty-one (41) separate real properties** in Michigan, California, Idaho, Connecticut, Washington and Utah.  Like the Debtor, "Upscale Financial, LLC" has filed two serial Chapter 11 cases during the past two years, and in each respective proceeding, the first case filing was dismissed with a 180-day refiling bar as a result of the U.S. Trustee's successful motion under § 1112(b).

---

    [4] Unless Debtor has requested in writing that the United States Trustee waive one or more of the required accounts and the United States Trustee has granted the request in writing.

| In Re:     **SHARP FINANCIAL LLC** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER    **2:17-bk-17738 RK** |

5.  [X]    Attached are true and correct copies of the following documents in support of the above allegations:

  EXHIBIT A:  USBC docket for Case Number 2:16-bk-20496 RK
  EXHIBIT B:  USBC docket for Case Number 2:16-bk-16472 RK
  EXHIBIT C:  USBC docket for Case Number 2:17-bk-15656 RK

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the following date at Los Angeles, California.

Date:   June 29, 2017

                              Maria A. Ramos
                              Legal Assistant

EXHIBIT  A

**PlnDue, DsclsDue, BARDEBTOR, RestrictedDISMISSED, CLOSED**

## U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:16-bk-20496-RK

|  |  |
|---|---|
| *Assigned to:* Robert N. Kwan | *Date filed:* 08/08/2016 |
| Chapter 11 | *Date terminated:* 10/17/2016 |
| Voluntary | *Debtor dismissed:* 09/16/2016 |
| Asset | *341 meeting:* 09/09/2016 |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor**<br>**Sharp Financial LLC**<br>8939 S Sepulveda Blvd Suite 102<br>Los Angeles, CA 90045<br>LOS ANGELES-CA<br>Tax ID / EIN: 81-3429172 | represented by **Al West**<br>West & Associates<br>700 N Pacific Coast Hwy Suite<br>201<br>Redondo Beach, CA 90277<br>310 374-4141 |
| *U.S. Trustee*<br>**United States Trustee (LA)**<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017<br>(213) 894-6811 | represented by **Kenneth G Lau**<br>Office of the United States<br>Trustee<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017<br>213-894-4480<br>Fax : 213-894-2603<br>Email: kenneth.g.lau@usdoj.gov<br><br>**Alvin Mar**<br>915 Wilshire Boulevard, Ste<br>1850<br>Los Angeles, CA 90017<br>213-894-4219<br>Fax : 213-894-2603<br>Email: alvin.mar@usdoj.gov<br>*TERMINATED: 10/20/2016*<br><br>**Melanie Scott**<br>Office of the United States<br>Trustee<br>915 Wilshire Blvd.<br>Suite 1850<br>Los Angeles, CA 90017<br>213-894-7244 |

Fax : 213-894-2603
Email: melanie.scott@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/08/2016 | <u>1</u><br>(67 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by Sharp Financial LLC (Serrano, Vera) (Entered: 08/08/2016) |
| 08/08/2016 | | Receipt of Chapter 11 Filing Fee - $1717.00 by 19. Receipt Number 20210201. (admin) (Entered: 08/09/2016) |
| 08/08/2016 | | Receipt of Certification Fee - $11.00 by 19. Receipt Number 20210202. (admin) (Entered: 08/09/2016) |
| 08/08/2016 | | Receipt of Photocopies Fee - $2.50 by 19. Receipt Number 20210202. (admin) (Entered: 08/09/2016) |
| 08/09/2016 | <u>2</u><br>(3 pgs) | Order setting scheduling and case management conference. Status conference set on 9/28/16 at 11:00 A.M., in Courtroom 1675. (BNC-PDF) Signed on 8/9/2016 (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Sharp Financial LLC). (Bakchellian, Mary) (Entered: 08/09/2016) |
| 08/09/2016 | 3 | Hearing Set (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Sharp Financial LLC) Status Conference hearing to be held on 9/28/2016 at 11:00 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Bakchellian, Mary) (Entered: 08/09/2016) |
| 08/09/2016 | | Receipt of Appeal Late Noticing Filing Fee - $0.00 by 01. Receipt Number 20210298. (admin) CORRECTION: Entered due to clerical error. This receipt pertains to case #2:16-bk-19678-NB. Modified on 8/10/2016 (Ventura, Olivia). (Entered: 08/10/2016) |
| 08/09/2016 | | Receipt of Appeal Late Filing Fee - $0.00 by 01. Receipt Number 20210298. (admin) CORRECTION: Entered due to clerical error. Receipt pertains to case #2:16-bk-19678-NB. Modified on 8/10/2016 (Ventura, Olivia). (Entered: 08/10/2016) |

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                                    Page 3 of 6

| 08/09/2016 | | Receipt of Photocopies Fee - $2.00 by 01. Receipt Number 20210299. (admin) (Entered: 08/10/2016) |
|---|---|---|
| 08/11/2016 | 4 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 9/9/2016 at 01:15 PM at RM 7, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. (Ventura, Olivia) (Entered: 08/11/2016) |
| 08/11/2016 | 5 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)2 Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 08/11/2016. (Admin.) (Entered: 08/11/2016) |
| 08/13/2016 | 6 (4 pgs) | BNC Certificate of Notice (RE: related document(s) 4 Meeting of Creditors Chapter 11 & 12) No. of Notices: 43. Notice Date 08/13/2016. (Admin.) (Entered: 08/13/2016) |
| 08/15/2016 | 7 (97 pgs) | U.S. Trustee Motion to dismiss or convert *Under 11 U.S.C. 1112(b)(1) or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon; Declaration of Supervisory Paralegal Specialist* Filed by U.S. Trustee United States Trustee (LA). (Mar, Alvin) (Entered: 08/15/2016) |
| 08/16/2016 | 8 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Garan, Todd. (Garan, Todd) (Entered: 08/16/2016) |
| 08/16/2016 | 9 | Hearing Set (RE: related document(s)7 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA)) The Hearing date is set for 9/14/2016 at 11:30 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Bakchellian, Mary) (Entered: 08/16/2016) |
| 08/16/2016 | 10 (1 pg) | Notice of UST's motion to dismiss or convert case - chapter 11 to 7 (BNC) (Bakchellian, Mary) (Entered: 08/16/2016) |
| 08/16/2016 | 11 | Notice to Pay Court Costs Due Sent To: Al West, Total Amount Due $0 . (Bakchellian, Mary) (Entered: 08/16/2016) |
| 08/18/2016 | 12 (3 pgs) | BNC Certificate of Notice (RE: related document(s) 10 Notice of UST's motion to dismiss or convert case |

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                                    Page 4 of 6

| | | |
|---|---|---|
| | | - Ch 11 to 7 (BNC)) No. of Notices: 47. Notice Date 08/18/2016. (Admin.) (Entered: 08/18/2016) |
| 08/19/2016 | 13 (3 pgs) | Request for courtesy Notice of Electronic Filing (NEF) *and Proof of Service* Filed by Wilkinson, Reilly. (Wilkinson, Reilly) (Entered: 08/19/2016) |
| 08/22/2016 | 14 (4 pgs) | Request for special notice Filed by Creditor JPMorgan Chase Bank, National Association, its assignees and/or successors. (Zilberstein, Kristin) (Entered: 08/22/2016) |
| 09/01/2016 | 15 (2 pgs) | Request for special notice Filed by Creditor Bank of America, N.A.. (Wong, Jennifer) (Entered: 09/01/2016) |
| 09/02/2016 | 16 (82 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4129 S. Conklin Road, Greenacres, Washington 99016 *with proof of service*. Fee Amount $176, Filed by Creditor WELLS FARGO BANK, N.A. (Attachments: # 1 Exhibit 1-10) (Garan, Todd) (Entered: 09/02/2016) |
| 09/02/2016 | | Receipt of Motion for Relief from Stay - Real Property(2:16-bk-20496-RK) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 43225436. Fee amount 176.00. (re: Doc# 16) (U.S. Treasury) (Entered: 09/02/2016) |
| 09/02/2016 | 17 | Hearing Set (RE: related document(s)16 Motion for Relief from Stay - Real Property filed by Creditor WELLS FARGO BANK, N.A.) The Hearing date is set for 9/27/2016 at 10:30 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Jones, Phyllis R.) (Entered: 09/02/2016) |
| 09/02/2016 | | Receipt of Amendment Filing Fee - $30.00 by 99. Receipt Number 20211104. (admin) (Entered: 09/05/2016) |
| 09/02/2016 | 18 (11 pgs) | Amended Schedule A/B for Non-Individual: Property (Official Form 106A/B or 206A/B) , Amending Schedules (D) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Sharp Financial LLC . (Tatum, Shafari) (Entered: 09/06/2016) |

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                                    Page 5 of 6

| | | |
|---|---|---|
| 09/16/2016 | <u>19</u><br>(6 pgs) | Notice of lodgment Filed by U.S. Trustee United States Trustee (LA) (RE: related document(s)<u>7</u> U.S. Trustee Motion to dismiss or convert *Under 11 U.S.C. 1112(b)(1) or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon; Declaration of Supervisory Paralegal Specialist*). (Mar, Alvin) (Entered: 09/16/2016) |
| 09/16/2016 | <u>20</u><br>(2 pgs) | ORDER Dismissing Chapter 11 Case with a 180 Day Bar to Refiling another Bankruptcy case - **Debtor** Dismissed for 180 Days. (BNC-PDF)Barred Debtor Sharp Financial LLC starting 9/16/2016 to 3/15/2017 Signed on 9/16/2016 (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Sharp Financial LLC, <u>4</u> Meeting of Creditors Chapter 11 & 12, <u>7</u> U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA)). (Tatum, Shafari) (Entered: 09/16/2016) |
| 09/16/2016 | <u>21</u><br>(1 pg) | Notice of dismissal with restriction for against debtor's refiling (BNC) (Tatum, Shafari) (Entered: 09/16/2016) |
| 09/18/2016 | <u>22</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>21</u> Notice of dismissal with restriction for against debtor's refiling (BNC)) No. of Notices: 48. Notice Date 09/18/2016. (Admin.) (Entered: 09/18/2016) |
| 09/18/2016 | <u>23</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>20</u> ORDER of dismissal with special restriction-period against re-filing a new bankruptcy case (BNC-PDF)) No. of Notices: 2. Notice Date 09/18/2016. (Admin.) (Entered: 09/18/2016) |
| 09/27/2016 | <u>24</u><br>(3 pgs) | Order Granting in part, Denying in part Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # <u>16</u> ) Signed on 9/27/2016 (Jones, Phyllis R.) (Entered: 09/27/2016) |
| 09/29/2016 | <u>25</u><br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>24</u> Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 2. Notice Date 09/29/2016. (Admin.) (Entered: 09/29/2016) |

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                                    Page 6 of 6

| 10/03/2016 | | Receipt of Certification Fee - $11.00 by 01. Receipt Number 20212001. (admin) (Entered: 10/04/2016) |
|---|---|---|
| 10/03/2016 | | Receipt of Photocopies Fee - $1.50 by 01. Receipt Number 20212001. (admin) (Entered: 10/04/2016) |
| 10/17/2016 | 26 | Bankruptcy Case Closed - DISMISSED. An Order dismissing the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the case is closed. (RE: related document(s)16 Motion for Relief from Stay - Real Property filed by Creditor WELLS FARGO BANK, N.A.) (Bakchellian, Mary) (Entered: 10/17/2016) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/28/2017 17:11:33 | | |
| PACER Login: | | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:16-bk-20496-RK Fil or Ent: filed From: 3/30/2010 To: 6/28/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |

EXHIBIT  B

BARDEBTOR, PlnDue, DsclsDue, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:16-bk-16472-RK

|  |  |
|---|---|
| *Assigned to:* Robert N. Kwan | *Date filed:* 05/17/2016 |
| Chapter 11 | *Date terminated:* 07/11/2016 |
| Voluntary | *Debtor dismissed:* 06/15/2016 |
| Asset | *341 meeting:* 06/24/2016 |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor** | represented by **UPSCALE FINANCIAL** |
| **UPSCALE FINANCIAL LLC** | **LLC** |
| 11755 Wilshire Blvd., Ste 1250-170 | PRO SE |
| Los Angeles, CA 90025 | |
| LOS ANGELES-CA | |
| Tax ID / EIN: 81-2636321 | |
| | |
| **U.S. Trustee** | represented by **Alvin Mar** |
| **United States Trustee (LA)** | 915 Wilshire Boulevard, Ste |
| 915 Wilshire Blvd, Suite 1850 | 1850 |
| Los Angeles, CA 90017 | Los Angeles, CA 90017 |
| (213) 894-6811 | 213-894-4219 |
| | Fax : 213-894-2603 |
| | Email: alvin.mar@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/17/2016 | <u>1</u><br>(9 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual - Fee Amount $1717.00; filed by UPSCALE FINANCIAL LLC List of Equity Security Holders due 5/31/2016. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 5/31/2016. Schedule A/B: Property (Form 106A/B or 206A/B) due 5/31/2016. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 5/31/2016. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 5/31/2016. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 5/31/2016. Schedule H: Your Codebtors (Form 106H or 206H) due 5/31/2016. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 5/31/2016. Statement of Financial |

| | | |
|---|---|---|
| | | Affairs (Form 107 or 207) due 5/31/2016. Corporate Resolution Authorizing Filing of Petition due 5/31/2016. Corporate Ownership Statement (LBR Form F1007-4) due by 5/31/2016. Statement of Related Cases (LBR Form F1015-2) due 5/31/2016. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 5/31/2016. Incomplete Filings due by 5/31/2016. (Milano, Sonny) Additional attachment (s) added on 5/17/2016 (Milano, Sonny). (Entered: 05/17/2016) |
| 05/17/2016 | 2 (3 pgs) | Order Setting Scheduling and Case Management Conference - Status Conference hearing set on 7/6/16 at 11:00 a.m., in Courtroom 1675. (BNC-PDF) Signed on 5/17/2016 (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC). (Bakchellian, Mary) (Entered: 05/17/2016) |
| 05/17/2016 | 3 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC) Status hearing to be held on 7/6/2016 at 11:00 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Bakchellian, Mary) (Entered: 05/17/2016) |
| 05/17/2016 | | Receipt of Chapter 11 Filing Fee - $1717.00 by 71. Receipt Number 20207621. (admin) (Entered: 05/18/2016) |
| 05/18/2016 | 4 (22 pgs) | U.S. Trustee Motion to dismiss or convert *Under 11 U.S.C. 1112(b)(1) or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon* Filed by U.S. Trustee United States Trustee (LA). (Mar, Alvin) (Entered: 05/18/2016) |
| 05/18/2016 | 5 | Hearing Set (RE: related document(s)4 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA)) The Hearing date is set for 6/15/2016 at 11:30 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Bakchellian, Mary) (Entered: 05/18/2016) |
| 05/18/2016 | 6 (1 pg) | Notice of UST's motion to dismiss or convert case - chapter 11 to 7 (BNC) (Bakchellian, Mary) (Entered: 05/18/2016) |

| 05/19/2016 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC) No. of Notices: 1. Notice Date 05/19/2016. (Admin.) (Entered: 05/19/2016) |
| 05/19/2016 | 8 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC) No. of Notices: 1. Notice Date 05/19/2016. (Admin.) (Entered: 05/19/2016) |
| 05/19/2016 | 9 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)2 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/19/2016. (Admin.) (Entered: 05/19/2016) |
| 05/20/2016 | 10 (2 pgs) | Order to Show Cause (Related Doc # doc ) Signed on 5/20/2016 (Tatum, Shafari) (Entered: 05/20/2016) |
| 05/20/2016 | 11 | Hearing Set Re: Order to show cause (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC) Show Cause hearing to be held on 6/14/2016 at 02:30 PM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Jones, Phyllis R.) (Entered: 05/20/2016) |
| 05/20/2016 | 12 (2 pgs) | BNC Certificate of Notice (RE: related document(s)6 Notice of UST's motion to dismiss or convert case - Ch 11 to 7 (BNC)) No. of Notices: 9. Notice Date 05/20/2016. (Admin.) (Entered: 05/20/2016) |
| 05/22/2016 | 13 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)10 Order to Show Cause (BNC-PDF)) No. of Notices: 1. Notice Date 05/22/2016. (Admin.) (Entered: 05/22/2016) |
| 05/27/2016 | 14 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/24/2016 at 01:15 PM at RM 7, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. (Ventura, Olivia) (Entered: 05/27/2016) |
| 05/29/2016 | 15 (3 pgs) | BNC Certificate of Notice (RE: related document(s) 14 Meeting of Creditors Chapter 11 & 12) No. of Notices: 8. Notice Date 05/29/2016. (Admin.) (Entered: 05/29/2016) |

| 05/31/2016 | <u>16</u><br>(29 pgs) | Reply to (related document(s): <u>10</u> Order to Show Cause (BNC-PDF)) *Response of the United States Trustee to Order to Show Cause* Filed by U.S. Trustee United States Trustee (LA) (Mar, Alvin) (Entered: 05/31/2016) |
|---|---|---|
| 05/31/2016 | <u>17</u><br>(2 pgs) | Statement of Corporate Ownership filed. Corporate parents added to case: Steven Rogers. Filed by Debtor UPSCALE FINANCIAL LLC (RE: related document (s)<u>1</u> Voluntary Petition (Chapter 11)). (Tatum, Shafari) (Entered: 06/01/2016) |
| 05/31/2016 | <u>18</u><br>(37 pgs) | Statement of Related Cases (LBR Form 1015-2.1) , Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) , Corporate resolution authorizing filing of petitions Filed by Debtor UPSCALE FINANCIAL LLC (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11)). (Tatum, Shafari) (Entered: 06/01/2016) |
| 06/15/2016 | <u>19</u><br>(5 pgs) | Notice of lodgment Filed by U.S. Trustee United States Trustee (LA) (RE: related document(s)<u>4</u> U.S. Trustee Motion to dismiss or convert *Under 11 U.S.C. 1112(b)(1) or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon*). (Mar, Alvin) (Entered: 06/15/2016) |
| 06/15/2016 | <u>20</u><br>(2 pgs) | Order Dismissing Chapter 11 Case With a 180 Bar to Refiling Another Bankruptcy Case. - **Debtor Dismissed** (BNC-PDF). Signed on 6/15/2016 (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC, <u>4</u> U.S. |

| | | |
|---|---|---|
| | | Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA), (Bakchellian, Mary) (Entered: 06/15/2016) |
| 06/15/2016 | <u>21</u> (1 pg) | Notice of dismissal with restriction for against debtor's refiling (BNC) (Bakchellian, Mary) (Entered: 06/15/2016) |
| 06/17/2016 | <u>23</u> (2 pgs) | BNC Certificate of Notice (RE: related document(s) <u>21</u> Notice of dismissal with restriction for against debtor's refiling (BNC)) No. of Notices: 8. Notice Date 06/17/2016. (Admin.) (Entered: 06/17/2016) |
| 06/17/2016 | <u>24</u> (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>20</u> Order Dismissing Case (BNC-PDF)) No. of Notices: 1. Notice Date 06/17/2016. (Admin.) (Entered: 06/17/2016) |
| 07/05/2016 | | Receipt of Overages - $30.00 by 18. Receipt Number 90024114. (admin) (Entered: 07/06/2016) |
| 07/11/2016 | 25 | Bankruptcy Case Closed - DISMISSED. An Order dismissing the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the case is closed. (Bakchellian, Mary) (Entered: 07/11/2016) |
| 08/08/2016 | | Receipt of Certification Fee - $11.00 by 71. Receipt Number 20210199. (admin) (Entered: 08/09/2016) |
| 08/08/2016 | | Receipt of Photocopies Fee - $1.00 by 71. Receipt Number 20210199. (admin) (Entered: 08/09/2016) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/03/2017 08:54:36 | | |
| **PACER Login:** | us7769:2657074:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-bk-16472-RK Fil or Ent: filed From: 4/4/2010 To: |

| | | | | 7/3/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
|---|---|---|---|---|
| **Billable Pages:** | 3 | **Cost:** | 0.30 | |

EXHIBIT  C

DsclsDue, RestrictedDISMISSED, Repeat-cacb, PlnDue, BARDEBTOR

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:17-bk-15656-RK

|  |  |
|---|---|
| *Assigned to:* Robert N. Kwan | *Date filed:* 05/08/2017 |
| Chapter 11 | *Debtor dismissed:* 06/22/2017 |
| Voluntary | *341 meeting:* 06/20/2017 |
| Asset |  |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor** | represented by **UPSCALE FINANCIAL LLC** |
| **UPSCALE FINANCIAL LLC** | PRO SE |
| 5716 Corsa Ave Ste 110 | |
| Westlake Village, CA 91362 | |
| LOS ANGELES-CA | |
| Tax ID / EIN: 81-2636321 | |
| | |
| *U.S. Trustee* | represented by **Kenneth G Lau** |
| **United States Trustee (LA)** | Office of the United States |
| 915 Wilshire Blvd, Suite 1850 | Trustee |
| Los Angeles, CA 90017 | 915 Wilshire Blvd, Suite 1850 |
| (213) 894-6811 | Los Angeles, CA 90017 |
| | 213-894-4480 |
| | Fax : 213-894-2603 |
| | Email: kenneth.g.lau@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/08/2017 | <u>1</u> <br>(73 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by UPSCALE FINANCIAL LLC (Toliver, Wanda) (Entered: 05/08/2017) |
| 05/08/2017 | <u>2</u> <br>(1 pg) | Corporate resolution authorizing filing of petitions Filed by Debtor UPSCALE FINANCIAL LLC . (Toliver, Wanda) (Entered: 05/08/2017) |
| 05/08/2017 | <u>3</u> <br>(2 pgs) | Statement of Corporate Ownership filed. Filed by Debtor UPSCALE FINANCIAL LLC . (Toliver, Wanda) (Entered: 05/08/2017) |
| 05/08/2017 | <u>4</u> | |

| | | |
|---|---|---|
| | | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor UPSCALE FINANCIAL LLC . (Toliver, Wanda) (Entered: 05/08/2017) |
| 05/08/2017 | | Judge Robert N. Kwan added to case due to prior case 2:16-bk-16472-RK. Involvement of Judge Sandra R. Klein Terminated (Fleming, Lachelle) Modified on 5/10/2017 (Fleming, Lachelle). (Entered: 05/08/2017) |
| 05/08/2017 | | Receipt of Chapter 11 Filing Fee - $1717.00 by 05. Receipt Number 20218407. (admin) (Entered: 05/08/2017) |
| 05/08/2017 | | Receipt of Photocopies Fee - $0.50 by 05. Receipt Number 20218412. (admin) (Entered: 05/08/2017) |
| 05/08/2017 | | Receipt of Certification Fee - $11.00 by 05. Receipt Number 20218412. (admin) (Entered: 05/08/2017) |
| 05/10/2017 | 6 (3 pgs) | Order Setting Scheduling and Case Management Conference. Status conference set on 6/28/17 at 11:00 a.m., in Courtroom 1675. (BNC-PDF) Signed on 5/10/2017 (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC). (Bakchellian, Mary) (Entered: 05/10/2017) |
| 05/10/2017 | 7 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC) Status conference hearing to be held on 6/28/2017 at 11:00 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan. Also relates to entry no. 6. (Bakchellian, Mary) (Entered: 05/10/2017) |
| 05/10/2017 | 8 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Gamliel, Amir. (Gamliel, Amir) (Entered: 05/10/2017) |
| 05/10/2017 | 9 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/13/2017 at 02:15 PM at RM 5, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. (Ventura, Olivia) (Entered: 05/10/2017) |
| 05/12/2017 | 10 (4 pgs) | BNC Certificate of Notice (RE: related document (s)9 Meeting of Creditors Chapter 11 & 12) No. of |

| | | |
|---|---|---|
| | | Notices: 51. Notice Date 05/12/2017. (Admin.) (Entered: 05/12/2017) |
| 05/12/2017 | <u>11</u><br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>6</u> Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 05/12/2017. (Admin.) (Entered: 05/12/2017) |
| 05/15/2017 | <u>12</u><br>(3 pgs) | Request for special notice Filed by Creditor Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Passthrough Certificates, Series 2003-AR3. (Raftery, Kelly) (Entered: 05/15/2017) |
| 05/17/2017 | <u>13</u><br>(2 pgs) | Order to show cause why this bankruptcy case should not be dismissed pursuant to local bankruptcy rule 9011-2(a) - HEARING SET ON 6/7/2017 AT 11:30 A.M., in Courtroom 1675. (BNC-PDF) Signed on 5/17/2017 (Bakchellian, Mary) (Entered: 05/17/2017) |
| 05/17/2017 | 14 | Hearing Set re: <u>13</u> Order to show cause why this bankruptcy case should not be dismissed pursuant to local bankruptcy rule 9011-2(a) - HEARING SET ON 6/7/2017 AT 11:30 A.M., in Courtroom 1675. Show Cause hearing to be held on 6/7/2017 at 11:30 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Bakchellian, Mary) - CORRECTION: Matter will be heard at 11:00 a.m. and not at 11:30 a.m. per amended order entered on 5/17/17, entry no. <u>15</u>. Modified on 5/17/2017 (Bakchellian, Mary). (Entered: 05/17/2017) |
| 05/17/2017 | <u>15</u><br>(2 pgs) | AMENDED Order to show cause why case should not be dismissed pursuant to local bankruptcy rule 9011-2(a) - HEARING SET ON 6/7/2017 AT 11:00 A.M., in Courtroom 1675. (BNC-PDF) (Related Doc # <u>13</u> ) Signed on 5/17/2017 (Bakchellian, Mary) (Entered: 05/17/2017) |
| 05/17/2017 | 16 | Hearing Set re: <u>15</u> AMENDED Order to show cause why case should not be dismissed pursuant to local bankruptcy rule 9011-2(a) - HEARING SET ON 6/7/2017 AT 11:00 A.M., in Courtroom 1675. Show Cause hearing to be held on 6/7/2017 at 11:00 AM at Crtrm 1675, 255 E Temple St., Los |

| | | |
|---|---|---|
| | | Angeles, CA 90012. The case judge is Robert N. Kwan (Bakchellian, Mary) (Entered: 05/17/2017) |
| 05/18/2017 | <u>17</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Garan, Todd. (Garan, Todd) (Entered: 05/18/2017) |
| 05/18/2017 | <u>18</u><br>(22 pgs) | U.S. Trustee Motion to dismiss or convert *Notice Of Motion And Motion Under 11 U.S.C. section 1112(b)(1) to Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon; Declaration Of Legal Assistant ;* Filed by U.S. Trustee United States Trustee (LA). (Lau, Kenneth) (Entered: 05/18/2017) |
| 05/18/2017 | 19 | Hearing Set (RE: related document(s)<u>18</u> U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA)) The Hearing date is set for 6/14/2017 at 11:30 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Bakchellian, Mary) (Entered: 05/18/2017) |
| 05/18/2017 | 20 | Notice to Pay Court Costs Due Sent To: UPSCALE FINANCIAL LLC, Total Amount Due $0 . (Bakchellian, Mary) (Entered: 05/18/2017) |
| 05/18/2017 | <u>21</u><br>(1 pg) | Notice of UST's motion to dismiss or convert case - chapter 11 to 7 (BNC) (Bakchellian, Mary) (Entered: 05/18/2017) |
| 05/19/2017 | <u>22</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>13</u> Order to Show Cause for Dismissal of Case (BNC-PDF)) No. of Notices: 0. Notice Date 05/19/2017. (Admin.) (Entered: 05/19/2017) |
| 05/19/2017 | <u>23</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>15</u> Order to Show Cause for Dismissal of Case (BNC-PDF)) No. of Notices: 0. Notice Date 05/19/2017. (Admin.) (Entered: 05/19/2017) |
| 05/20/2017 | <u>24</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document (s)<u>21</u> Notice of UST's motion to dismiss or convert case - Ch 11 to 7 (BNC)) No. of Notices: 56. Notice Date 05/20/2017. (Admin.) (Entered: 05/20/2017) |

| | | |
|---|---|---|
| 05/24/2017 | <u>25</u><br>(196 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 716 Spruce St, Boulder, CO 80302 . Fee Amount $181, Filed by Creditor Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Passthrough Certificates, Series 2003-AR3 (Attachments: # <u>1</u> Exhibit) (Raftery, Kelly) (Entered: 05/24/2017) |
| 05/24/2017 | | Receipt of Motion for Relief from Stay - Real Property(2:17-bk-15656-RK) [motion,nmrp] ( 181.00) Filing Fee. Receipt number 44889288. Fee amount 181.00. (re: Doc# <u>25</u>) (U.S. Treasury) (Entered: 05/24/2017) |
| 05/25/2017 | 26 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date and time was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF HEARING WITH CORRECT HEARING INFORMATION.** (RE: related document(s)<u>25</u> Motion for Relief from Stay - Real Property filed by Creditor Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Passthrough Certificates, Series 2003-AR3). NOTE: These type of matters are heard on Tuesdays at 10:30 a.m. (Bakchellian, Mary) (Entered: 05/25/2017) |
| 05/25/2017 | <u>27</u><br>(5 pgs) | Notice of Hearing *(Amended) on Motion for Relief from the Automatic Stay* Filed by Creditor Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Passthrough Certificates, Series 2003-AR3 (RE: related document(s)<u>25</u> Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 716 Spruce St, Boulder, CO 80302 . Fee Amount $181, Filed by Creditor Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Passthrough Certificates, Series 2003-AR3 (Attachments: # 1 Exhibit)). (Raftery, Kelly) (Entered: 05/25/2017) |
| 05/25/2017 | 28 | Hearing Set (RE: related document(s)<u>25</u> Motion for Relief from Stay - Real Property filed by Creditor Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Passthrough Certificates, Series 2003-AR3) The Hearing date is set for 6/20/2017 at 10:30 AM at Crtrm 1675, 255 E |

| | | |
|---|---|---|
| | | Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Tatum, Shafari) (Entered: 05/25/2017) |
| 05/25/2017 | 29 | Continuance of Meeting of Creditors (Rule 2003 (e)) Filed by U.S. Trustee United States Trustee (LA). 341(a) Meeting Continued to 6/20/2017 at 03:15 PM at RM 5, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. (Lau, Kenneth) (Entered: 05/25/2017) |
| 05/26/2017 | 30 (2 pgs) | Order Continuing Order to Show Cause Why Case Should not be Dismissed PURSUANT TO LOCAL BANKRUPTCY RULE 9011-2(a) (BNC-PDF) (Related Doc # 13 ) Signed on 5/26/2017 (Tatum, Shafari) (Entered: 05/26/2017) |
| 05/26/2017 | 31 | Hearing Continued re: 13 Order to Show Cause Why Case Should not be Dismissed PURSUANT TO LOCAL BANKRUPTCY RULE 9011-2(a). CONTINUED Order to Show Cause hearing to be held on 6/14/2017 at 11:30 AM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (Tatum, Shafari) (Entered: 05/26/2017) |
| 05/28/2017 | 32 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)30 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 05/28/2017. (Admin.) (Entered: 05/28/2017) |
| 05/30/2017 | 33 (4 pgs) | Request for special notice Filed by Creditor Renovation Resolutions, LLC. (Nichani, Vinod) (Entered: 05/30/2017) |
| 05/31/2017 | 34 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Garan, Todd. (Garan, Todd) (Entered: 05/31/2017) |
| 06/09/2017 | 35 (3 pgs) | Request for special notice Filed by Creditor JPMorgan Chase Bank, National Association, its assignees and/or successors. (Raftery, Kelly) (Entered: 06/09/2017) |
| 06/13/2017 | 36 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Schloss, Edward. (Schloss, Edward) (Entered: 06/13/2017) |
| | | |

| 06/21/2017 | <u>37</u><br>(4 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # <u>25</u> ) Signed on 6/21/2017 (Tatum, Shafari) (Entered: 06/21/2017) |
| 06/21/2017 | <u>38</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Garan, Todd. (Garan, Todd) (Entered: 06/21/2017) |
| 06/22/2017 | <u>39</u><br>(3 pgs) | ORDER Granting U.S. Trustee's Motion Under 11 U.S.C. section 1112(b)(1) to dismiss, Convert, Or Appoint A Chapter 11 Trustee and Dismissing Case with a one year refiling bar with Order Directing Payment Of Quarterly Fees And For Judgment Thereon- **Debtor** Dismissed for One Year. (BNC-PDF)Barred Debtor UPSCALE FINANCIAL LLC starting 6/22/2017 to 6/22/2018 Signed on 6/22/2017 (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor UPSCALE FINANCIAL LLC, <u>18</u> U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA), 29 Continuance of Meeting of Creditors (Rule 2003(e)) (by Trustee/US Trustee - No PDF) filed by U.S. Trustee United States Trustee (LA), 31 Hearing (Bk Other) Continued). (Tatum, Shafari) (Entered: 06/22/2017) |
| 06/22/2017 | <u>40</u><br>(1 pg) | Notice of dismissal (BNC) (Tatum, Shafari) (Entered: 06/22/2017) |
| 06/22/2017 | | Receipt of Certification Fee - $11.00 by 20. Receipt Number 20219640. (admin) (Entered: 06/22/2017) |
| 06/23/2017 | <u>41</u><br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>37</u> Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 0. Notice Date 06/23/2017. (Admin.) (Entered: 06/23/2017) |
| 06/24/2017 | <u>42</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document (s)<u>40</u> Notice of dismissal (BNC)) No. of Notices: 55. Notice Date 06/24/2017. (Admin.) (Entered: 06/24/2017) |
| 06/24/2017 | <u>43</u><br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>39</u> ORDER of dismissal with special restriction-period against re-filing a new bankruptcy case (BNC-PDF)) No. of Notices: 0. |

| | | |
|---|---|---|
| | | Notice Date 06/24/2017. (Admin.) (Entered: 06/24/2017) |
| 06/29/2017 | <u>44</u><br>(2 pgs) | Proof of service *of Recorded Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. §362 (Real Property)* Filed by Creditor Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Passthrough Certificates, Series 2003-AR3 (RE: related document(s)<u>37</u> Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)). (Raftery, Kelly) (Entered: 06/29/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/03/2017 08:52:55 | | |
| **PACER Login:** | us7769:2657074:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-bk-15656-RK Fil or Ent: filed From: 4/4/2017 To: 7/3/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*):

**Notice Of Motion And Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon; Declaration Of Legal Assistant**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **07-03-17**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **07-03-17**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **07-03-17**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07-03-17 | Lawrence Pleasant | *Lawrence Pleasant* |
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|------|----------|---------------|
| Kenneth G. Lau | U.S. Trustee Trial Attorney | Kenneth.G.Lau@usdoj.gov |
| Kelly M Raftery | Creditor's Counsel | bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2.    **SERVED BY U.S. MAIL**

**Debtor:**
Sharp Financial LLC
8939 S Sepulveda Bvld Suite 102
Los Angeles, CA 90045

3.    **SERVED BY (state method for each person served):**

**FEDERAL EXPRESS OVERNIGHT MAIL**

Judge's Copy:

The Honorable Robert Kwan
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

**PERSONAL DELIVERY, FACSIMILE OR EMAIL**

Not Applicable

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

FROM:      OFFICE OF THE UNITED STATES TRUSTEE

DATE:      July 3, 2017

TO:        BANKRUPTCY NOTICING CENTER

SUBJECT:   UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**PART I**

**Please notice the subject motion for the following Chapter 11 case:**

CASE NUMBER: 2:17-bk-17738 RK

CASE NAME: SHARP FINANCIAL, L.L.C.

DATE PETITION FILED: 06/26/2017

HEARING DATE: 07/26/2017              TIME: 11:30 AM

COURTROOM: 1675

CONTACT AT U.S. TRUSTEE'S OFFICE: Kenneth G. Lau
                                  Trial Attorney

        For Conversion or Dismissal Only

Does the conversion or dismissal involve a joint petition
wherein one party (husband or wife) has been converted or
dismissed?
                    {  } Yes             {  } No

If yes, explain:

PREPARED BY: LAWRENCE PLEASANT

---

**PART II**    (To be completed by BANS)

Data Entry Operator _____    Date Entered _____

Comments: _____

_____

_____