PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email: *Kenneth.G.Lau@usdoj.gov*

FILED & ENTERED

JUL 28 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

**SHARP FINANCIAL, LLC,**

Debtor(s).

Case No.: 2:17-bk-17738 RK

Chapter 11

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b)(1) TO DISMISS, CONVERT, OR APPOINT A CHAPTER 11 TRUSTEE AND DISMISSING CASE WITH A TWO-YEAR REFILING BAR WITH ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON**

Hearing Date: July 26, 2017
Time: 11:30 a.m.
Place: Courtroom 1675
255 E. Temple St.
Los Angeles, CA 90012

On July 26, 2017 at 11:30 a.m., a noticed hearing was held upon the United States Trustee's Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss, or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon ("U.S. Trustee's Motion") As noted on the record, Trial Attorney Kenneth G. Lau appeared on behalf of the U.S. Trustee; while no appearance was made by or on behalf of Debtor SHARP FINANCIAL, LLC;

After consideration of the pleadings and supporting evidence filed by the U.S. Trustee, the lack of any opposition or other response, timely or otherwise, from the Debtor, the oral arguments

presented at the time of the hearing, and for the reasons stated on the record, THE COURT HEREBY FINDS:

A. Debtor is admittedly a limited liability corporation representing itself at all times in connection with this bankruptcy case. As such, the underlying petition was filed, and this bankruptcy is maintained, by a corporation without an attorney in violation of Local Bankruptcy Rule 9011-2(a) which prohibits a corporation, partnership or unincorporated association from filing a petition or otherwise appearing without counsel except for limited circumstances not applicable to this Chapter 11 case;

B. Debtor's prior Chapter 11 bankruptcy case, 2:16-bk-20496 RK, was previously dismissed with a 180-day refiling bar, by the Court's Order entered on September 16, 2016, for the same reasons presented in the instant case: a nearly-complete failure to submit the required compliance reporting to the U.S. Trustee, coupled with the above-described violation of Local Bankruptcy Rule 9011-2(a); and

C. The uncontested evidentiary record presented by the U.S. Trustee in support of his underlying motion and request for a 2-year refiling bar demonstrates that between May 2016 to the present date, the Debtor's identified "Managing Member"/control person, "Steve Rogers," has apparently filed at least seven (7) additional, similar bankruptcy cases, 6 Chapter 11 cases and 1 Chapter 7 case, for at least four (4) additional entities, "Upscale Financial, LLC," "Beneficial Financial Services, LLC," "Premium Capital, LLC," and "North Park Investments, LLC" in the Los Angeles and Santa Barbara Divisions of the Bankruptcy Court for the Central District of California, listing identical interests of identical value in essentially the same forty-one (41) separate real properties in Michigan, California, Idaho, Connecticut, Washington and Utah, to wit:

- Upscale Financial, LLC, Case No. 2:16-bk-16472 RK, a Chapter 11 case filed on May 17, 2016 and dismissed on June 15, 2016;
- Beneficial Financial Services, LLC, Case No. 9:16-bk-11136 DS, a Chapter 11 case filed on June 17, 2016 and dismissed on August 2, 2016;

- Premium Capital, LLC, Case No. 9:16-bk-11730 PC, a Chapter 7 case filed on September 19, 2016 and dismissed on September 28, 2016;
- Premium Capital, LLC, Case No. 9:16-bk-11795 PC, a Chapter 11 case filed on September 28, 2016, and dismissed on October 19, 2016;
- Premium Capital, LLC, Case No. 9:16-bk-11939 PC, a Chapter 11 case filed on October 19, 2016 and dismissed with a 180-day refiling bar upon the U.S. Trustee's § 1112(b) Motion on December 22, 2016; and
- North Park Investments, LLC, Case No. 9:16-bk-12371 PC, a Chapter 11 case filed on December 20, 2016 and dismissed with a 180-day refiling bar upon the U.S. Trustee's § 1112(b) Motion on April 7, 2017; and
- Upscale Financial, LLC, Case No. 2:17-bk-15656 RK, a Chapter 11 case filed on May 8, 2017 and dismissed with a one-year refiling bar upon the U.S. Trustee's § 1112(b) Motion on June 22, 2017.

NOW THEREFORE, for GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the U.S. Trustee's Motion is GRANTED;

IT IS FURTHER ORDERED that this case is hereby DISMISSED, effective upon the date the Court enters its order, with a Two-Year bar to refiling under Chapter 11 only, pursuant to 11 U.S.C. §§ 109 and § 1112(b);

IT IS FURTHER ORDERED that the United States Trustee is granted a JUDGMENT in the estimated amount of $325.00 for quarterly fees due and unpaid in this case. Quarterly fees continue to accrue until an order is entered and are assessed interest pursuant to 31 U.S.C. §3717 if not paid timely; and

//

//

//

IT IS FINALLY ORDERED that the Court expressly retains jurisdiction to determine the now-pending Motions for Stay Relief, including a request for *In Rem* relief, as well as any other appropriate relief.

IT IS SO ORDERED.

# # #

Date: July 28, 2017

Robert Kwan
United States Bankruptcy Judge