1  EDWARD G. SCHLOSS | CA BAR No. 102858
   LIOR KATZ | CA BAR No. 284559
2  LANCE R. KAUFMAN | CA BAR No. 309186
   3637 MOTOR AVENUE, SUITE 220
3  LOS ANGELES, CA 90034
   Tel: (310) 733-4488 | Fax: (310) 836-4888
4  Email: <egs2@ix.netcom.com>
5  B26882/cg

6  Attorney for Movant
7  BAYVIEW LOAN SERVICING, LLC, servicing agent for
   The Bank of New York Mellon fka The Bank of New York,
8  As Trustee for the Certificateholders of CWALT 2004-18CB

FILED & ENTERED

JAN 19 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

9              UNITED STATES BANKRUPTCY COURT

10       CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

11

12

13  In re:                              Bk. No.: 2:17-bk-17738-RK

14  SHARP FINANCIAL LLC,                 Chapter 11

15
                Debtor.                  ORDER REOPENING CASE FOR THE SOLE
16                                        AND LIMITED PURPOSE OF FILING A
                                          MOTION FOR ANNULMENT OF THE
17                                        AUTOMATIC STAY RE: PROPERTY
                                          LOCATED AT 1421 FRANKLIN STREET
18                                        SOUTHEAST, GRAND RAPIDS, MI 49506
19
20                                        [NO HEARING REQUIRED]
21
                                          Honorable Robert N. Kwan
22

23      The Court, having considered the Motion to Reopen Bankruptcy Case for the Sole and

24  Limited Purpose of Filing a Motion for Annulment of the Automatic Stay re: Property Located

25  at 1421 Franklin Street, Grand Rapids, MI 49506, which was filed on January 15, 2018 (docket

26  entry no. 40) by Bayview Loan Servicing, LLC, servicing agent for The Bank of New York

27  Mellon fka The Bank of New York, As Trustee for the Certificateholders of CWALT 2004-

28  18CB ("Movant" herein), and with good cause appearing therefor, makes its Order as follows:

1

1        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtor Sharp

2    Financial LLC's Chapter 11 bankruptcy case (case number 2:17-bk-17738-RK)) is hereby

3    reopened for the sole and limited purpose of allowing Movant to file a Motion for Annulment

4    of the Automatic Stay re: Property Located at 1421 Franklin Street, Grand Rapids, MI 49506.

5    The case will be promptly closed after resolution of the Motion for Annulment of the

6    

7    Automatic Stay.

8                                ###

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Date: January 19, 2018

                               _____

26                                   Robert Kwan
                               United States Bankruptcy Judge

27

28